






August 6, 2019
1:04 AM



Case 1:21-cv-01884-NYW   Document 5-1   Filed 07/16/21   USDC Colorado   Page 4 of 15







August 6, 2019
3:54 PM

Edit







August 7, 2019
10:37 PM

Edit



Case 1:21-cv-01694-NRN   Document 5-1   Filed 07/15/21   USDC Colorado   Page 10 of 15







4:05

August 7, 2019
10:38 PM

Edit





