IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01694-NRN

JOCELYN BAILEY MESSER,

    Plaintiff,

v.

JEFFREY POTTER,

    Defendant.

___

### ANSWER TO SECOND AMENDED COMPLAINT

___

COMES NOW, the Defendant, Jeffrey Potter, through counsel, Christopher W. Carr of Dill Dill Carr Stonbraker & Hutchings, P.C., and for his answer to Amended Second Complaint states as follows:

### I. PARTIES

1.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 1 and, therefore, denies the same.

2.    Defendant admits the allegations contained in paragraph 2.

### II. JURISDICTION AND VENUE

3.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 3 and, therefore, denies the same.

4.    Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 4 and, therefore, denies the same.

### III. FACTUAL NARRATIVE

5.    Defendant denies the allegations contained in paragraph 5.

6. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 6 and, therefore, denies the same.

7. Defendant denies the allegations contained in paragraph 7.

8. Defendant denies the allegations contained in paragraph 8.

9. Defendant denies the allegations contained in paragraph 9.

10. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 10 and, therefore, denies the same.

11. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 11 and, therefore, denies the same.

12. Defendant denies the allegations contained in paragraph 12.

13. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 13 and, therefore, denies the same.

14. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 14 and, therefore, denies the same.

15. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 15 and, therefore, denies the same.

16. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 16 and, therefore, denies the same.

17. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 17 and, therefore, denies the same.

18. Defendant denies the allegations in paragraph 18.

19. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 19 and, therefore, denies the same.

20. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 20 and, therefore, denies the same.

21. Defendant denies the allegations contained in paragraph 21.

22. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 22 and, therefore, denies the same.

23. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 23 and, therefore, denies the same.

24. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 24 and, therefore, denies the same.

25. Defendant denies the allegations contained in paragraph 25.

26. Defendant admits he pled guilty and stipulated to a factual basis and a domestic violence factual basis and denies the remaining allegations contained in paragraph 26.

27. Defendant admits the allegations contained in paragraph 27.

28. Defendant admits the allegations contained in paragraph 28.

29. Defendant denies the allegations contained in paragraph 29.

## IV. CLAIMS

### COUNT ONE - ASSAULT

30. Defendant incorporates the foregoing as if fully set forth herein.

31. Defendant denies the allegations contained in paragraph 31.

32. Defendant denies the allegations contained in paragraph 32.

33. Defendant denies the allegations contained in paragraph 33.

34. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 34 and, therefore, denies the same.

35. Defendant denies the allegations contained in paragraph 35.

## COUNT TWO - BATTERY

36. Defendant incorporates the foregoing as if fully set forth herein.

37. Defendant denies the allegations contained in paragraph 37.

38. Defendant denies the allegations contained in paragraph 38.

39. Defendant denies the allegations contained in paragraph 39.

40. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 40 and, therefore, denies the same.

## COUNT THREE – FALSE IMPRISONMENT

41  Defendant incorporates the foregoing as if fully set forth herein.

42. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 42 and, therefore, denies the same.

43. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 43 and, therefore, denies the same.

44. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 44 and, therefore, denies the same.

45. Defendant denies the allegations contained in paragraph 45.

## COUNT FOUR – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

46. Defendant incorporates the foregoing as if fully set forth herein.

47. Defendant denies the allegations contained in paragraph 47.

48. Defendant denies the allegations contained in paragraph 48.

49. Defendant denies the allegations contained in paragraph 49.

50. Defendant denies the allegations contained in paragraph 50.

## COUNT FIVE – DESTRUCTION OF PERSONAL PROPERTY

51. Defendant incorporates the foregoing as if fully set forth herein.

52. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 52 and, therefore, denies the same.

53. Defendant lacks knowledge or information sufficient to form a belief as to the allegations in paragraph 53 and, therefore, denies the same.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

Respectfully submitted this 20th day of December 2021.

                                    s/ *Christopher W. Carr*
                                    **Christopher W. Carr**
                                    DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.
                                    455 Sherman Street, Suite 300
                                    Denver, CO 80203
                                    Telephone: (303) 777-3737
                                    E-mail: ccarr@dillanddill.com
                                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

   I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Maria-Vittoria G. Carminati
Carminati Law PLLC
1312 17th Street, Unit 2010
Denver, CO 80303
giugi@carminatilaw.com
*Attorneys for Plaintiff*

                s/ *Christopher W. Carr*
                Christopher W. Carr
                Dill Dill Carr Stonbraker & Hutchings, P.C.
                455 Sherman Street, Suite 300
                Denver, CO 80203
                Telephone: (303) 777-3737
                Fax:  (303) 777-3823
                E-mail: ccarr@dillanddill.com
                *Attorneys for Defendant*