IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01694-NRN

JOCELYN BAILEY MESSER,

Plaintiff,

v.

JEFFREY POTTER,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

Finding good cause, it is hereby ORDERED that Plaintiff's Unopposed Motion to Amend Scheduling Order and Extension of Time to Respond to Discovery (Dkt. #28) is GRANTED as set forth below.

The Scheduling Order is AMENDED to enact the following deadlines:

- Discovery Cut-Off: September 27, 2022
- Dispositive Motions Deadline: October 25, 2022
- Expert Designations: July 19, 2022
- Rebuttal Designations: August 23, 2022

Further, Plaintiff is GRANTED a one-week extension of time, until February 14, 2022, to respond to Defendant's discovery. (*See* Dkt. #25, explaining that previous deadline, after stipulated two-week extension, was February 7, 2022.)

Finally, a Status Conference is SET on May 11, 2022 at 10:00 a.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. The Court will set a Final Pretrial Conference and trial dates at that time.

Date: February 9, 2022